UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) 3:23-MJ-1085 |
| v. | ) 3:23-MJ-1086 |
| | ) UNDER SEAL |
| MELODY SASSER | ) |

## MOTION TO SEAL

The United States of America, by and through the United States Attorney for the Eastern District of Tennessee, moves to seal all affidavits related to the above-captioned cases. The United States submits that this matter is part of an ongoing investigation. The premature disclosure of the contents of these documents may have a significant and negative impact on the continuing investigation and may severely jeopardize its effectiveness. Furthermore, these documents include allegations of a sensitive nature, and their premature disclosure could potentially have serious negative consequences for the individual identified in the documents.

Accordingly, the United States moves the court to seal the Affidavit for Complaint, Affidavit for Search Warrant, and this Motion to Seal and Sealing Order in the above-captioned case numbers for a period of 180 days, unless such period is shortened or lengthened by further Order of the Court.

Respectfully submitted this 16th day of May, 2023.

FRANCIS M. HAMILTON III
UNITED STATES ATTORNEY

By: *s/ Anne-Marie Svolto*
Anne-Marie Svolto, BPR# 025716
Assistant United States Attorney
800 Market Street, Suite 211
Knoxville, Tennessee 37902
(865) 545-4167
anne-marie.svolto@usdoj.gov