# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 3:23-MJ-1085 |
| v. | ) | 3:23-MJ-1086 |
| | ) | UNDER SEAL |
| MELODY SASSER | ) | |

## SEALING ORDER

Upon motion of the United States of America and for good cause shown,

IT IS ORDERED that the Clerk of Court shall seal the Affidavits and this Order, together with all motions, affidavits, and other filings relative to these matters, with the exception of the Complaint and Arrest Warrant, and that all such items shall remain under seal for a period of 180 days, unless such period is shortened or lengthened by further Order of this Court.

Enter this 17th day of May, 2023.

DEBRA C. POPLIN
United States Magistrate Judge