# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE – COURTROOM 3B

**Case #:** 3:23-mj-1085  **Date:** May 18, 2023

United States of America  vs.  Richard Heath Marsh

**Present before:** Honorable Debra C. Poplin, United States Magistrate Judge

| Rachel Stone | DCR | S. McCollough-Walker |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Probation Officer** |

| Russ Swafford | Ben Sharp for Sarah Olesiuk | |
|---|---|---|
| **Asst. U.S. Atty** | **Attorney(s) for Defendant(s)** | **Attorney(s) for Defendant(s) Contd.** |

**Proceedings:** Parties present for an initial appearance on a criminal complaint.

- [✓] Defendant sworn.
- [✓] Defendant requested appointment of counsel and submitted financial affidavit.
- [✓] Court approved financial affidavit and appointed counsel
- [ ] Defendant present with retained counsel.
- [✓] Government requested detention of the defendant:
  - [ ] Defendant waived and reserved the right to a detention hearing.
  - [✓] Defendant requested detention hearing.
    - [✓] Detention hearing set.  [ ] Detention hearing held.
- [ ] Parties agreed to conditions on which the defendant could be released.
- [ ] Defendant requested a preliminary hearing
  - [ ] Preliminary hearing held.  [✓] Preliminary hearing set.
- [✓] Defendant waived and reserved right to a preliminary hearing.
- [✓] Case under seal as to defendant(s):
  - [ ] Unsealed upon granting of motion by AUSA.  [✓] To remain under seal.

**Dates set at this hearing:**

- [✓] **Detention Hearing:** May 23, 2023 at 9:00 a.m. (Judge Guyton)
- [ ] **Preliminary Hearing:**
- [ ] **Arraignment Hearing:**
- [✓] **Other Hearing:** Status Conference June 8, 2023 at 10:30 a.m. (Judge Poplin)

[✓] Defendant remanded to custody.  [ ] Defendant released on Order Setting Conditions of Release.

**Time:** 4:00  4:30

(●) I, Rachel Stone, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file. Knox-DCR_323mj1085 _ 2023518 _ 161319

Case 3:23-mj-01085-DCP   Document 4   Filed 05/18/23   Page 1 of 1   PageID #: 16