UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA

v.  Case No.: 3:23−mj−01085−DCP *SEALED*

MELODY SASSER

ORDER

    The Court finds after review of the defendant's sworn Financial Affidavit that the above defendant does not have the funds to retain an attorney of the defendant's choice and that the defendant wants to be represented by counsel.

    Accordingly, I find that the defendant qualifies for appointment of counsel and it is ORDERED the following counsel will be appointed to represent the defendant:

Sarah H. Olesiuk
Federal Defender Services of Eastern Tennessee
800 S. Gay St.
Suite 2400
Knoxville
Knoxville, TN 37929

865−637−7979

ENTER.

    s/Debra C Poplin
    UNITED STATES MAGISTRATE JUDGE