UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) No.3:23-MJ-1085 |
| V. | ) |
| | ) |
| | ) |
| | ) |
| MELODY SASSER, | ) |

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO BAIL REFORM ACT

     The defendant appeared before the undersigned for an initial appearance on a criminal complaint. Assistant United States Attorney Anne-Marie Svolto was present representing the government. Federal Defender Sarah Olesiuk was present on behalf of the Defendant. The government moved for detention. The defendant requested a detention hearing and acknowledged and agreed that he would remain in detention pending that hearing. The defendant shall be held in custody by the United States Marshal until the detention hearing, and produced for the hearing.

     ENTER:

                                 s/ Debra C. Poplin
                                 DEBRA C. POPLIN
                                 UNITED STATES MAGISTRATE JUDGE