# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | No. 3:23-MJ-01085 |
| ) | JUDGE GUYTON |
| MELODY SASSER ) | |

## NOTICE OF APPEARANCE

M. Jeffrey Whitt hereby files his Notice of Appearance on behalf of the Defendant, Melody Sasser. Respectfully submitted this 22nd day of May, 2023.

By: *s/ M. Jeffrey Whitt*

M. JEFFREY WHITT
Whitt, Cooper, Hedrick & Wojcik
Counsel for Defendant
607 Market Street, Suite 1100
Knoxville, Tennessee 37902
(865) 524-8106

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2023, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

By: *s/ M. Jeffrey Whitt*

Whitt, Cooper, Hedrick & Wojcik
M. JEFFREY WHITT
Counsel for Defendant
607 Market Street, Suite 1100
Knoxville, Tennessee 37902
(865) 524-8106