UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 3:23-MJ-1085 |
| v. ) | |
| ) | Judge Poplin |
| MELODY SASSER ) | |

## MOTION TO UNSEAL

The United States of America, by and through the United States Attorney for the Eastern District of Tennessee, moves to unseal the Affidavit in Support of Criminal Complaint, Criminal Complaint, Arrest Warrant, and Motion to Seal and the Sealing Order. Due to the defendant's arrest, the aforementioned documents need no longer be sealed. However, the United States respectfully requests that the Affidavit in Support of Criminal Complaint be redacted to remove personally identifying information of the victim and others involved in the investigation. A proposed redacted Affidavit and proposed order are submitted herewith.

Respectfully submitted this 22nd day of May, 2023.

FRANCIS M. HAMILTON III
UNITED STATES ATTORNEY

By: *s/ Anne-Marie Svolto*
ANNE-MARIE SVOLTO TN BPR# 025716
Assistant United States Attorney
800 Market Street, Suite 211
Knoxville, Tennessee  37902
(865) 545-4167
anne-marie.svolto@usdoj.gov