UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 3:23-MJ-1085 |
| v. ) | |
| ) | Judge Poplin |
| MELODY SASSER ) | |

### ORDER TO UNSEAL

Upon motion of the United States of America and for good cause shown,

IT IS ORDERED that the Affidavit in Support of Criminal Complaint, Criminal Complaint, Arrest Warrant, Motion to Seal and Sealing Order in the above-styled case shall be unsealed, and the Affidavit shall be redacted to remove personal identifying information of the victim and others involved in the investigation.

Enter this __23__ day of May, 2023.

_____
United States Magistrate Judge