## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:23-MJ-01085 |
| | ) | JUDGES GUYTON |
| MELODY SASSER | ) | |
| | ) | |

## MOTION FOR SUBSTITUTION OF COUNSEL

NOW COMES attorney M. Jeffrey Whitt who moves this Court for an entry of an Order substituting Mr. Whitt as counsel of record for Ms. Sasser. Counsel would state that they have been retained by the Defendant.

WHEREFORE, undersigned counsel respectfully requests that he be substituted as counsel of record for defendant Melody Sasser.

Respectfully submitted this 23rd day of May, 2023, by:

*/s/ M. Jeffrey Whitt*
M. Jeffrey Whitt, BPR # 15079
WHITT, COOPER, HEDRICK & WOJCIK
607 Market Street, Suite 1100
Knoxville, Tennessee 37902
(865) 524-8106
whitt@knoxdefense.com

*Attorney for Melody Sasser*

## CERTIFICATE OF SERVICE

      Undersigned counsel hereby certifies that on May 23, 2023, the foregoing was filed electronically. Notice of this filing will be sent by operation of the court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

                                                                     */s/ M. Jeffrey Whitt*
                                                                     M. Jeffrey Whitt