IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 3:23-MJ-1085-DCP |
| | ) | |
| MELODY SASSER, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

This case is before the Court on the Motion for Substitution of Counsel filed by Attorney Jeffrey Whitt on May 23, 2023 [Doc. 14]. 28 U.S.C. § 636(b). On May 18, 2023, the Court appointed Assistant Federal Defender Sarah H. Olesiuk and the Federal Defender Services of Eastern Tennessee ("FDS") at Defendant Melody Sasser's initial appearance on a Criminal Complaint [Doc. 6]. Attorney Whitt states that Defendant has retained him. The Court finds that Defendant Sasser has retained Attorney Jeffrey Whitt to represent her in this case and **ORDERS** as follows:

(1) The Motion for Substitution of Counsel [**Doc. 14**] is **GRANTED**;

(2) Attorney Jeffrey Whitt is **SUBSTITUTED** as Defendant Sasser's counsel of record; and

(3) Assistant Federal Defender Sarah H. Olesiuk and FDS are **RELIEVED** of their representation of Defendant and are **DIRECTED** to provide any discovery and information from Defendant's file to new counsel as soon as possible.

**IT IS SO ORDERED.**

ENTER:

*Debra C. Poplin*
Debra C. Poplin
United States Magistrate Judge