IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) No. 3:23-MJ-1085 |
| MELODY SASSER, | ) |
| Defendant. | ) |

## WAIVER OF DETENTION HEARING

The Government requests detention under the Bail Reform Act, 18 U.S.C. § 3142. Under the Bail Reform Act, I understand and acknowledge that I have a right to a hearing to determine whether any condition or combination of conditions will reasonably assure my appearance as required and the safety of any other person and the community.

I HEREBY WAIVE (choose one):

☐ my right to a detention hearing.

☑ my right to a detention hearing at this time, but I reserve the right to move for a detention hearing at a later date.

☐ my right to a detention hearing at this time, but I reserve the right to move for a detention hearing at a later date in the district where charges are pending.

_Melody Sasser_  5·30·2023
DEFENDANT      Date
(signed by permission MJW)

_M. Jeffrey Whitt_
COUNSEL FOR DEFENDANT