UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:23-MJ-1085 |
| ) | |
| MELODY SASSER, ) | |
| ) | |
| Defendant. ) | |

ORDER OF DETENTION PENDING FURTHER PROCEEDINGS

The above-named defendant was scheduled to appear before the undersigned on May 31, 2023 for a detention hearing. Retained counsel, Jeffrey Whitt, contacted the court to advised that the defendant wished to waiver her right to a detention hearing at this time, while reserving the right to move for a detention hearing at a later date. The defendant submitted the appropriate Waiver of Detention Hearing.

Accordingly, the defendant is committed to the custody of the Attorney General or his/her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the

government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**IT IS SO ORDERED.**

s/Debra C. Poplin
UNITED STATES MAGISTRATE JUDGE